255-08/PJG
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
MUR SHIPPING B.V.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax

Peter J. Gutowski (PG 2200)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/26/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MUR SHIPPING B.V.,

            Plaintiff,

  - against --

THE RICE COMPANY,

            Defendant.

------------------------------------------------------------x

08 CV 4358 (TPG)

**STIPULATION AND ORDER
OF VOLUNTARY DISMISSAL
AND RELEASE OF
ATTACHED FUNDS**

The Defendant not having appeared, answered or filed a motion for summary judgment, the above entitled action is hereby discontinued pursuant to F.R.C.P. 41(a)(1)(A)(i) and the Attachment issued in this action pursuant to Supplemental Rule B is hereby vacated and cancelled. Any garnishee holding funds pursuant to the Order of Attachment issued in this action is hereby directed to immediately release the funds from restraint and return them to the defendant.

Dated: New York, New York
       May 22, 2008

NYDOCS1/305240.1

FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
MUR SHIPPING B.V.

By: *(signature)*
Peter J. Gutowski (PG 2200)
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax

So Ordered:

*(signature)* Thomas P. Griesa
U.S.D.J.   5/23/08